DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NICK GALLATA** a/k/a **NICHOLAS GULOTTA,**
Appellant,

v.

**GARY FISHER LIMITED PARTNERSHIP,** et al.,
Appellee.

No. 4D21-3017

[February 10, 2022]

Non-final appeal from the County Court for the Nineteenth Judicial Circuit, Martin County; Kathleen H. Roberts, Judge; L.T. Case No. 2020CC001581.

James S. Telepman of Cohen, Norris, Wolmer, Ray, Telepman, Berkowitz & Cohen, North Palm Beach, for appellant.

William R. Ponsoldt of Wright, Ponsoldt & Lozeau Trial Attorneys, LLP, Stuart, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, LEVINE and FORST, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***